UNITED STATES of America,
Plaintiff–Appellee,

v.

Stacy Cole JUSTICE, a/k/a Stacey Cole
Justice, Defendant–Appellant.

No. 00–6969.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 24, 2001.

Stacy Cole Justice, pro se. E. Jean Howard, Office of the United States Attorney, Greenville, SC, for appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stacy Cole Justice appeals the district court's order denying his motion to inspect grand jury minutes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Justice,* No. CR–96–1020 (D.S.C. May 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*